unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6756-1-II. Division Two. December 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDALL SCOTT JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-1-00275-3, James D. Roper, J., entered October 4, 1982. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5849-2-III. Division Three. December 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED ELBERT HUNSAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-01047-3, William J. Grant, J., entered May 6, 1983. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by McInturff and Thompson, JJ. Now published at 39 Wn. App. 489.

[No. 5714-3-III. Division Three. December 20, 1984.]

CHRISTINE GUTTROMSON, *Respondent,* v. SEARS, ROEBUCK & COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-2-01334-0, John J. Ripple, J., entered March 9, 1983. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by McInturff and Thompson, JJ.

[No. 5542-6-III. Division Three. December 20, 1984.]

PATRICK SOPTICH, *Appellant,* v. SELAH SCHOOL DISTRICT NO. 119, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-2-01753-4, Blaine Hopp, Jr., J.,